# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVIS,<br><br>  Petitioner,<br><br>  v.<br><br>RUSSELL DAVIS, Warden, Santa Ana City Jail; JANE ARELLANO, District Director, United States Immigration and Customs Enforcement,<br><br>  Respondents. | NO. CV 10-2626 GAF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: June 6, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE